**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 28 MM 2023
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
BIVIANO PEREZ,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner　　　　　　 :

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of May, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.